

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00203-CV

| | | |
|---|---|---|
| BRIAN SWANSON AND SCOTT FAUST, Appellants | § | On Appeal from the 141st District Court |
| v. | § | of Tarrant County (141-361627-25) |
| FIRST COMMAND ADVISORY SERVICES, INC., FIRST COMMAND INSURANCE SERVICES, INC., AND FIRST COMMAND BANK, Appellees | § | November 26, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's temporary injunction. It is ordered that the temporary injunction of the trial court is affirmed.

It is further ordered that Appellants Brian Swanson and Scott Faust shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
    Justice Wade Birdwell